IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOHN DERRICK JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:05cv850-F |
| | ) |
| DEBBIE BURT, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **ORDER**

On December 13, 2005, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation is ADOPTED and that the plaintiff's motion to dismiss is GRANTED. It is further

ORDERED that this case be and are hereby DISMISSED without prejudice.

Done this the 9th day of January, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE